```
 1  GORDON SILVER
    MICHAEL V. CRISTALLI
 2  Nevada Bar No. 6266
    Admitted Pro Hac Vice
 3  Email: mcristalli@gordonsilver.com
    DYLAN T. CICILIANO
 4  Nevada Bar No. 12348
    Admitted Pro Hac Vice
 5  Email: dciciliano@gordonsilver.com
    3960 Howard Hughes Pkwy., 9th Floor
 6  Las Vegas, Nevada 89169
    Tel: (702) 796-5555
 7  Fax: (702) 369-2666

 8  STEPHANIE AMES (SBN 195608)
    The Law Office of Stephanie Ames
 9  12100 Wilshire Blvd., Suite 800
    Los Angeles, CA 90025
10  T (310) 739-5952
    F (310) 881-1289
11  stephanieames@msn.com

12  Attorneys for William Keith Knox
13
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KEITH KNOX,<br><br>Defendant. | CASE NO. 13-CR-0220 -CJC<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FRCRP 17(C)** |

**NOTICE OF LODGING**

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant William Keith Knox shall and hereby does lodge his [Proposed] Order Granting Ex Parte Application For Subpoena Duces Tecum Pursuant To Fed. R. Crim. P. 17(C) (the "Proposed Order") in connection with his Ex Parte Application for a Subpoena Duces

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103317-003/2498686

1 of 2

Tecum Pursuant to Fed. R. Crim. P. 17(c):

A copy of the Proposed Order is attached hereto as Exhibit A.

Dated this **2nd** day of December 2014.

GORDON SILVER

*/s/ Dylan T. Ciciliano*

GORDON SILVER
Michael V. Cristalli
Nevada Bar No. 6266
Admitted *Pro Hac Vice*
Email: mcristalli@gordonsilver.com
Dylan T. Ciciliano
Nevada Bar No. 12348
Admitted *Pro Hac Vice*
Email: dciciliano@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

Stephanie Ames (SBN 195608)
The Law Office Of Stephanie Ames
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
T (310) 739-5952
F (310) 881-1289
Stephanieames@Msn.Com

*Attorneys for William Keith Knox*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103317-003/2498686

2 of 2

# EXHIBIT A

GORDON SILVER
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Admitted *Pro Hac Vice*
Email: mcristalli@gordonsilver.com
DYLAN T. CICILIANO
Nevada Bar No. 12348
Admitted *Pro Hac Vice*
Email: dciciliano@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for William Keith Knox

STEPHANIE AMES (SBN 195608)
The Law Office of Stephanie Ames
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
T (310) 739-5952
F (310) 881-1289
stephanieames@msn.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM KEITH KNOX,<br><br>Defendant. | NO. 13-CR-0220-CJC<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) ON BEHALF OF DEFENDANT WILLIAM KEITH KNOX** |

This matter is before the court on Defendant William Keith Knox's Ex Parte Application for Subpoena Duces Tecum Pursuant to Fed. R. Crim. P. 17(c) (the "Application") (Dkt. #59) filed November 20, 2014. The court has considered the Application.

Accordingly,

IT IS ORDERED that the William Keith Knox's Ex Parte Application for a Subpoena Duces Tecum Pursuant to Fed. R. Crim P. 17(c) (Dkt #59) is GRANTED as follows:

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103317-003/2489712.doc

1 of 3

1.    The Clerk of Court shall issue a subpoena duces tecum to each of the following individual(s) or entity(ies) to produce the items specified on attachment A of the respective proposed subpoena duces tecum. (*See* Ex Parte Application as Exhibits 1, 3-8, 10-11, and 14-22):

     (a) Custodian of Records, Hahn Fife and Company, LLP

     (b) Lori Ensley

     (c) Custodian of Records, Marshack Hays, LLP

     (d) Custodian of Records, Birch, Steward, Kolash & Birch, LLP

     (e) Custodian of Records, Columbia Capital Advisors

     (f) Michael Tuber

     (g) Custodian of Records, Labowe Labowe & Hoffman LLP

     (h) Custodian of Records, Zimmer Dental

     (i) Custodian of Records, Finlayson Toffer Roosevelt & Lilly LLP

     (j) Custodian of Records, United States Food and Drug Administration

     (k) William Costigan

     (l) Custodian of Records, Arent Fox

     (m) Patrick Curran

     (n) Custodian of Records, Polis and Associates

     (o) Custodian of Records, Shuff Law Firm

     (p) Jay Malmquist, DMD

     (q) Custodian of Records, Perkins Coie

     (r) Dr. David Cheung

     (s) Custodian of Records, United States Patent and Trademark Office

Each subpoena shall require the individual or custodian of records to produce responsive documents to the Clerk of Court no later than December 14, 2014.

2.    Counsel for Defendant shall serve each subpoena duces tecum and attachment on the each deponent or its custodian of records, along with a copy of this Order.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103317-003/2489712.doc

2 of 3

3. The individual or custodian of records for each entity identified above shall respond to the subpoena and produce responsive materials to the Clerk of the Court on or before December 14, 2014. The Clerk of Court shall retain the materials and notify counsel for all parties that the materials are available for inspection and copying.

4. Alternatively, each subpoenaed party shall have until December 14, 2014, to file a motion to quash or modify pursuant to Rule 17(2) of the Federal Rules of Criminal Procedure if the subpoenaed party believes compliance with the subpoena duces tecum would be unreasonable or oppressive.

DATED this ____ day of December 2014.

_____
U.S. DISTRICT COURT JUDGE

Prepared and submitted by:

GORDON SILVER

_____
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Admitted *Pro Hac Vice*
Email: mcristalli@gordonsilver.com
DYLAN T. CICILIANO
Nevada Bar No. 12348
Admitted *Pro Hac Vice*
Email: dciciliano@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666
Attorneys for William Keith Knox

AND
STEPHANIE AMES (SBN 195608)
The Law Office of Stephanie Ames
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Tel: (310) 739-5952
Fax: (310) 881-1289
stephanieames@msn.com